685 A.2d 1390

**Frank E. HIRSCH, Respondent,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 30, 1996.

## *ORDER*

PER CURIAM.

AND NOW, this 30th day of December, 1996, the Petition for Allowance of Appeal is GRANTED. The order of the Commonwealth Court is REVERSED and the matter is REMANDED to that Court for further proceedings consistent with this Court's opinion in *Commonwealth, Dept. of Transportation, Bureau of Driver Licensing v. Scott,* 546 Pa. 241, 684 A.2d 539 (1996).